■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SPIRLES, Appellant. [998 NYS2d 130]—Motion for writ of

error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.